MONSON DRAY LINE, INC., *v.* MURPHY MOTOR FREIGHT LINES, INC., ET AL.

No. 307.   Decided October 14, 1957.

*D. D. Wozniak* for appellant.

*Perry R. Moore* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

WILLITS ET AL. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL.

No. 134.   Decided October 14, 1957.

*Basil C. Clare* for appellants.

*Thomas M. Kerrigan* for the Pennsylvania Public Utility Commission, and *Eugene J. Bradley, Samuel Graff Miller* and *Vincent P. McDevitt* for the Philadelphia Electric Co., appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.